[No. 8274–4–I.   Division One.   March 31, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE DOWNING, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00246–6, Robert C. Bibb, J., entered November 26, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Swanson and Andersen, JJ.

[No. 3481–0–III.   Division Three.   March 31, 1981.]

CHARLES M. SARANTO, ET AL, *Respondents,* v. WALLA WALLA WATER DISTRICT NO. 2, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 70792, James B. Mitchell, J., entered May 17, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4191–II.   Division Two.   April 1, 1981.]

STATE FARM FIRE AND CASUALTY COMPANY, *Respondent,* v. DAN CANALES, ET AL, *Defendants,* JOY TOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 73437, Thomas L. Lodge, J., entered July 6, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.

[No. 4249–II.   Division Two.   April 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE JOHNS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 79–1–00131–1, Robert J. Doran, J., entered July 18, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.